**Linda DENNO, as parent, legal guardian and next friend for Wayne Denno, Plaintiff–Appellant,**

v.

**SCHOOL BOARD OF VOLUSIA COUNTY, FLORIDA; Dennis Roberts, an individual, et al., Defendants–Appellees.**

No. 98–2718.

United States Court of Appeals, Eleventh Circuit.

Oct. 22, 1999.

Frank Robert Jakes, Johnson, Blakely, Pope, Bokor, Ruppel & Burns, P.A., Tampa, FL, for Plaintiff–Appellant.

Bruce A. Hanna, Cobb, Cole & Bell, Daytona Beach, FL, for Defendants–Appellees.

Before ANDERSON, Chief Judge, BLACK, Circuit Judge, and FORRESTER\*, District Judge.

BY THE COURT:

Pursuant to the Eleventh Circuit Rules and Internal Operating Procedures associated with Fed.R.App.P. 35, the panel *sua sponte* VACATES the previously published panel opinion, 182 F.3d 780 (11th Cir.1999), and orders panel rehearing. The Clerk will issue supplemental briefing instructions.